15-0072

# CIVIL CIRCUIT COURT
## HANCOCK COUNTY, MISSISSIPPI

Douglas Handshoe

vs.

Torstar Corporation

Peter Edwards

Book _____ Page _____

RETURN THIS FILE TO
KAREN LADNER RUHR
CIRCUIT CLERK
152 MAIN STREET, STE. B
BAY ST. LOUIS, MISSISSIPPI 39520

EXHIBIT A

## IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI

DOUGLAS HANDSHOE                                             PLAINTIFF  15-0072

VERSUS                                                       CIVIL ACTION NUMBER

TORSTAR CORPORATION (DBA
TORONTO STAR NEWSPAPERS LTD.)                                DEFENDANTS
PETER EDWARDS

## SUMMONS

### THE STATE OF MISSISSIPPI

TO:  Torstar Corporation                    Peter Edwards
     Attn: Marie E. Beyette                 The Toronto Star
     One Yonge Street                       One Yonge Street
     Toronto, Ontario, Canada               Toronto, Ontario, Canada
     M5E 1E6                                M5E 1E6

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas Handshoe, whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 23th day of February, 2015.

_Karen Ladner Ruhr_
Clerk of Hancock County, Mississippi

(Seal)

# PROOF OF SERVICE--SUMMONS
(Process Server)

<u>Torstar Corporation</u>
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

\_\_\_\_FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

\_\_\_\_PERSONAL SERVICE. I personally delivered copies to _____on the \_\_\_\_\_ day of_____ , 2015 , where I found said person in Parish of Jefferson of the State of Louisiana .

\_\_\_\_RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____county, (state). I served the summons and complaint on the \_\_\_\_\_ day of _____, 2015 , at the usual place of abode of said person by leaving a true copy of the summons and complaint with who is the _____(here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____day of_____, 2015 , I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

\_\_\_\_CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Process server must list below: [Please print or type]
Name:_____
Address:_____
Telephone No._____

State of Mississippi
County of Hancock

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me this the _____ day of _____ 2015.

_____
Notary Public

My Commission Expires_____

(Seal)

## IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI

DOUGLAS HANDSHOE          PLAINTIFF    15-0072

VERSUS          CIVIL ACTION NUMBER

TORSTAR CORPORATION (DBA
TORONTO STAR NEWSPAPERS LTD.)          DEFENDANTS
PETER EDWARDS

## SUMMONS

### THE STATE OF MISSISSIPPI

TO:    Torstar Corporation          Peter Edwards
      Attn: Marie E. Beyette          The Toronto Star
      One Yonge Street          One Yonge Street
      Toronto, Ontario, Canada          Toronto, Ontario, Canada
      M5E 1E6          M5E 1E6

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas Handshoe, whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 23th day of February, 2015.

_____
Clerk of Hancock County, Mississippi

(Seal)

## PROOF OF SERVICE--SUMMONS
(Process Server)

Peter Edwards
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

____PERSONAL SERVICE. I personally delivered copies to _____ on the _____ day of _____, 2015, where I found said person in Parish of Jefferson of the State of Louisiana.

____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the _____ day of _____, 2015, at the usual place of abode of said person by leaving a true copy of the summons and complaint with who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 2015, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

____CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $_____

Process server must list below: [Please print or type]
Name:_____
Address:_____
Telephone No._____

State of Mississippi
County of Hancock

      Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me this the _____day of _____ 2015.

_____
Notary Public

My Commission Expires_____

(Seal)



IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI

FEB 23 2015

KAREN LADNER RUHR
CIRCUIT CLERK, HANCOCK CO.
BY _____ D.C.

**DOUGLAS HANDSHOE**                                                                 **PLAINTIFF**

**VERSUS**                                                                                          **CIVIL ACTION NUMBER**

                                                                                                              15-0072

**TORSTAR CORPORATION (DBA**
**TORONTO STAR NEWSPAPERS LTD.)**                                **DEFENDANTS**
**PETER EDWARDS**

### CIVIL COMPLAINT FOR DAMAGES

Comes now into the Court your Plaintiff Douglas Handshoe who files this compliant against Torstar Corporation dba Toronto Star Newspapers, Ltd. and Peter Edwards for Defamation and in support states as follows:

#### I. PARTIES

1. Plaintiff is a Mississippi resident and owner of Slabbed New Media, LLC, which resides in and publishes the investigative weblog located at www.slabbed.org in this Judicial District.

2. Defendant, Torstar Corporation, is a Corporation formed under the laws of Ontario, Canada with registered offices located at Torstar Corporation, One Youge Street, Toronto Ontario, Canada, M5E 1E6.

3. Defendant, Peter Edwards, the author of the publication at issue, is a resident of and domiciled in Toronto, Ontario who can be found at One Youge Street, Toronto Ontario, Canada, M5E 1E6.

#### II. JURISDICTION AND VENUE

4. Plaintiff's claims arise under Mississippi Law for the Intentional Tort of Defamation.

5. This Court has personal jurisdiction over Defendants because Defendants intentionally caused harm to Plaintiff Handshoe in Mississippi via publication of the defamatory content of a story dated February 24, 2014, including causing damages, which subject the defendant to the jurisdiction and venue of this Honorable Court. Defendant knew or should have known their conduct would subject them to the jurisdiction and venue in this Court by publishing the defamatory content on the internet.

6. Jurisdiction and venue are proper under section 13-3-57 Mississippi Code Annotated (1972) as this is the court of original jurisdiction involving the tort of defamation. It is anticipated that damages will ultimately exceed $75,000. Plaintiff is seeking punitive damages in addition to actual damages.

### III.   FACTUAL BACKGROUND

7. Plaintiff has been the victim of an ongoing scheme to cover up a the roles of Trout Point Lodge, Ltd, Vaughn Perret, Daniel Abel and Charles Leary (the Trout Point Group) in a bribery and money scheme masterminded by former Jefferson Parish President Aaron Broussard, who is now incarcerated pursuant to a plea bargain reached with federal prosecutors. Trout Point, Perret and Abel have conducted a campaign of litigation terrorism alleging the tort of defamation against Plaintiff, the Times Picayune and Louisiana Media Company, LLC more commonly known as Fox 8 New Orleans. This campaign of litigation terrorism has included suing four lawyers that have previously represented Plaintiff along with one of their own, Henry Laird. The Trout Point group has collectively sued Plaintiff five times in total including three suits in Canada and two in Louisiana.

8. These lawsuits by the Trout Point Group are designed to harass and defame Plaintiff. The United States District Court has previously conclusively ruled the Trout Point Group's first Canadian lawsuit was so poorly plead it could not have garnered a default in the United States as a matter of law in *Trout Point et al v Handshoe* 729 F. 3d 481.

9. At various times in 2011, in their Canadian defamation action against Louisiana Media Company, the Trout Point Group, in collusion with certain Louisiana businessmen that had participated in the Broussard Nova Scotia bribery scheme, submitted sworn affidavits in support of the defamation action which detailed the business relationship the Trout Point Group had with the Louisiana registered Limited Liability Company Nova Scotia Enterprises, LLC. Slabbed New Media, LLC obtained these affidavits and published them in January and February 2012.

10. On August 31, 2012, the United States Attorney in the case styled USA v Broussard revealed that Nova Scotia Enterprises, LLC was a Broussard bribery scheme.

11. On September 30, 2013, in the very case that is subject to The Toronto Star reporting alleged as defamatory, the Trout Point Group admitted that Nova Scotia Enterprises never owned anything of value in Nova Scotia, confirming real estate abstracts that were first posted to the Slabbed New Media website on September 8, 2011.

12. The affidavits presented in the Trout Point Group's Nova Scotia Louisiana Media defamation suit therefore depicted sham financial transactions with a fictional entity that was never registered to conduct business in Nova Scotia Canada that was later identified by United States Prosecutors as a Broussard bribery scheme.

13. The Torstar Corporation's newspaper, Toronto Star, in an article about these proceedings by Defendant Peter Edwards titled "Nova Scotia couple wins copyright lawsuit against homophobic U.S. blogger", never undertook so much as a cursory investigation of the underlying proceedings in these Canadian court actions, to which the Plaintiff defaulted rather than submit to the jurisdiction of the Canadian courts instead mischaracterizing Plaintiff's reporting as a regurgitation of retracted material from the Times Picayune. This characterization is materially false and misleading.

14. Worse, defendants Torstar Corporation and Peter Edwards additionally and falsely categorized the Plaintiff's reporting on same on February 24, 2014 as a campaign of homophobia and Plaintiff as a "homophobic blogger", a defamatory assertion that is both materially false and was made with reckless disregard for the truth. There has never been such a finding in a court of law in an adversarial proceeding.

15. Canadian courts and newspapers like the Toronto Star have become the last refuge of felonious United States politicians. The publication is question has injured and damaged Plaintiff's reputation in Mississippi.

## IV. CAUSE OF ACTION
## COUNT 1: DEFAMATION

16. Plaintiff hereby incorporates and realleges all of the allegations in paragraphs 1 through 15 of this petition.

17. By publishing the article to a public website at http://www.thestar.com/news/canada/2014/02/24/nova_scotia_couple_wins_lawsuit_against_homophobic_american_blogger.html Defendants published or caused to be published these false statements to numerous third parties.

18. The article referenced in this complaint was and remain, false, defamatory and libelous and published with reckless disregard for the truth.

19. The article referenced in this complaint contains statements of facts that appear nowhere in the court record that are not subject to privilege.

20. The article referenced in this complaint was and remains of a character that would tend to harm Plaintiff's reputation, lowered his status in the eyes of his community and clientele deterring others from associating and dealing with him and have otherwise exposed him to contempt.

21. As a proximate cause of the defendant's publication of the defamatory statements listed in this complaint Plaintiff has suffered loss to his trade, business and reputation.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

   a. For actual damages according to proof;

   b. For punitive damages according to proof.

   c. For such other and further relief as the Court shall find just and proper.

Submitted this 23[th] day of February, 2015.

_____
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
Phone: (601) 928-5380
earning04@gmail.com

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

Mississippi Supreme Court
Administrative Office of Courts

Form AOC/01 (Revised 1/1/2001)

**Court Identification Docket Number:** 23 1 CI — County # 23, Judicial District 1, Court ID CI

**Case Year:** 2015  **Docket Number:** 0072

**Date:** 02 / 23 / 15 (Month/Date/Year)

*This area to be completed by clerk*

IN THE **CIRCUIT** COURT OF **HANCOCK** COUNTY

Short Style of Case: Handshoe v Torstar Corporation DBA Toronto Star Newspapers, LTD and Peter Edwards

Party Filing Initial Pleading: Type/Print Name: Douglas Handshoe

✓ Check if Not an Attorney

Compensatory Damages Sought: $ According to proof
Punitive Damages Sought: $ According to Proof

Is Child Support contemplated as an issue in this suit? ✓ No

### PLAINTIFF
Individual — Last Name: Handshoe, First Name: Douglas, Middle Init: K
Address of Plaintiff: 214 Corinth Drive, Bay St Louis, MS 39520

### DEFENDANT
✓ Check if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A / Agency: Torstar Corporation DBA Toronto Star Newspapers, LTD

### Nature of Suit

**Business/Commercial**
- Accounting (Business)
- Bankruptcy
- Business Dissolution - Corporation
- Business Dissolution - Partnership
- Debt Collection
- Employment
- Examination of Debtor
- Execution
- Foreign Judgment
- Garnishment
- Pension
- Receivership
- Replevin
- Stockholder Suit
- Other

**Domestic Relations**
- Child Custody/Visitation
- Child Support
- Contempt
- Divorce: Fault
- Divorce: Irreconcilable Differences
- Domestic Abuse
- Emancipation
- Modification
- Paternity
- Property Division
- Separate Maintenance
- Termination of Parental Rights
- UIFSA (formerly URESA)
- Other

**Contract**
- Breach of Contract
- Installment Contract
- Insurance
- Product Liability under Contract
- Specific Performance
- Other

**Probate**
- Accounting (Probate)
- Birth Certificate Correction
- Commitment
- Conservatorship
- Guardianship
- Heirship
- Intestate Estate
- Minor's Settlement
- Muniment of Title
- Name Change
- Power of Attorney
- Testate Estate
- Will Contest
- Other

**Statutes/Rules**
- Bond Validation
- Civil Forfeiture
- Declaratory Judgment
- ERISA
- Eminent Domain
- Extraordinary Writ
- Federal Statutes
- Injunction or Restraining Order
- Municipal Annexation
- Racketeering (RICO)
- Railroad
- Seaman
- Other

**Appeals**
- Administrative Agency
- County Court
- Hardship Petition (Driver License)
- Justice Court
- MS Employmt Security Comm'n
- Municipal Court
- Oil & Gas Board
- Workers' Compensation
- Other

**Children and Minors - Non-Domestic**
- Adoption - Noncontested
- Consent to Abortion for Minor
- Removal of Minority
- Other

**Torts-Personal Injury**
- Bad Faith
- Fraud
- Loss of Consortium
- Malpractice - Legal
- Malpractice - Medical
- Negligence - General
- Negligence - Motor Vehicle
- Products Liability
- Wrongful Death
- ✓ Other: **Defamation**

**Mass Tort**
- Asbestos
- Chemical Spill
- Dioxin
- Hand/Arm Vibration
- Hearing Loss
- Radioactive Materials
- Other

**Real Property**
- Adverse Possession
- Ejectment
- Eminent Domain
- Judicial Foreclosure
- Lien Assertion
- Partition
- Receiver Appointment
- Tax Sale: Confirmation/Cancellation
- Title, Boundary &/or Easement
- Other

**Civil Rights**
- Elections
- Habeas Corpus
- Post Conviction Relief
- Prisoner
- Other

IN THE <u>CIRCUIT</u> COURT OF <u>HANCOCK</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No. _____ - _____ _____  
       File Yr      Chronological No.     Clerk's Local ID

Docket No. If Filed Prior to 1/1/94 _____

**DEFENDANTS IN REFERENCED CAUSE** - Page 1 of ___ Defendants Pages  
IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual:** <u>Edwards</u>    <u>Peter</u>    ( _____ ) _____ _____  
      Last Name      First Name     Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____  
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual:** _____ _____ ( _____ ) _____ _____  
      Last Name      First Name     Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____  
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual:** _____ _____ ( _____ ) _____ _____  
      Last Name      First Name     Maiden Name, if Applicable  Middle Init.  Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____  
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____ Pro Hac Vice (✓)___ Not an Attorney(✓)___

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
Hancock County

HANDSHOE, DOUGLAS VS TORSTAR CORPORATION DBA TORONTO STAR NE

Case # 15-0072          Acct #          Paid By M/O          Rct# 28466

| | |
|---|---:|
| CLERK'S FEES | 85.00 |
| JURY TAX | 3.00 |
| COURT REPORTERS FEE | 10.00 |
| LAW LIBRARY | 2.50 |
| COURT ADMINISTRATOR | 2.00 |
| STATE CT ED FUND | 2.00 |
| COURT CONSTITUENTS | .50 |
| ELECTRONIC COURT | 10.00 |
| LEGAL ASSISTANCE | 5.00 |
| JUDICIAL FUND-JUDGE RAISE | 40.00 |
| ARCHIVE FEE | 1.00 |
| Total $ | 161.00 |

Payment received from DOUGLAS HANDSHOE

Transaction  31439  Received  2/23/2015 at 15:55  Drawer  1  I.D. KENDRA

Current Balance Due       $0.00            Receipt Amount  $    161.00

By _____ D.C. Karen Ladner Ruhr, Circuit Clerk

Case # 15-0072          Acct #          Paid By M/O          Rct# 28466