AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| | |
|---|---|
| Douglas Handshoe ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:15cv00113-KS-RHW |
| Torstar Corporation, et al. ) | |
| *Defendant* ) | |

### APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Torstar Corporation and Peter Edwards

Date: 04/07/2015

/s/Meta C. Danzey
*Attorney's signature*

Meta C. Danzey, MS Bar No. 103251
*Printed name and bar number*
Butler Snow LLP
1300 25th Avenue, Suite 204
Gulfport, MS  39501

*Address*

meta.danzey@butlersnow.com
*E-mail address*

(228) 575-3031
*Telephone number*

(228) 868-1531
*FAX number*

## CERTIFICATE OF SERVICE

I, Meta C. Danzey, one of the attorneys for the Defendants, do hereby certify that I have this day served by United States mail, postage prepaid, a true and correct copy of the above and foregoing pleading to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, MS  39520

*Pro Se* **Plaintiff**

So certified, this 7th day of April, 2015.

/s/Meta C. Danzey
META C. DANZEY

ButlerSnow 25461410v1