UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI



FILED
APR - 9 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

Pro Se (Non-Prisoner)
Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed.R.Civ.P. 5(b), and Fed.R.Civ.P. 77(d), L.U.Civ.R. 5(c) and the Court's Administrative Procedures for Electronic Case Filing, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I, __Douglas Handshoe__, hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P.77(d).

I will promptly notify the court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

*Litigants who have consented to receive documents electronically will be sent a **Notice of Electronic Filing (NEF)** via e-mail. Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked documents. **The one "free look" will expire 15 days from the date the notice was sent.** After the "free look" is used or expires, the document can only be accessed through PACER (Public Access to Court Electronic Records.) It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER website at www.pacer.gov. PACER is an automated system that allows an individual to view, print, and download documents for a fee.*

My e-mail address is: __EARNING04@gmail.com__

My case number is: __1:15-CV-00113-KS-RHW__

__Douglas Handshoe__
Printed name of Litigant

_____
Signature of Litigant

__214 Corinth Dr__
Mailing Address

__Bay St. Louis, MS 39520__
City, State, Zip Code

Date: __4-8-15__

__601-928-5380__
Telephone Number

E-mail this form to the Clerk, U. S. District Court at ecf_information@mssd.uscourts.gov or mail to 501 East Court Street, Suite 2.500, Jackson, MS 39201.