DOUGLAS K. HANDSHOE
4 CORINTH DRIVE
BAY ST LOUIS, MS 39520

395013‍2036

GULFPORT MS 395

08 APR 2015 PM 2 L

CLERK OF THE US DISTRICT COURT
DAN M. RUSSELL, JR. UNITED STATES COURTHOUSE
2012 15TH STREET, SUITE 403
GULFPORT, MS 39501



FOREVER   USA