IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                                    PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 1:15-cv-113-KS-RHW
TORSTAR CORPORATION (DBA
TORONTO START NEWSPAPERS LTD.)
PETER EDWARDS                                                                                    DEFENDANTS

## NOTICE OF ENTRY OF APPEARANCE

COMES NOW Luther T. Munford of the firm of Butler Snow LLP, and enters his appearance as additional counsel for Torstar Corporation (d/b/a Toronto Star Newspapers Ltd.) and Peter Edwards in this cause.

Respectfully submitted this 9th day of April, 2015.

                                        TORSTAR CORPORATION AND
                                        PETER EDWARDS, DEFENDANTS


                                        By:      s/ Luther T. Munford
                                                 LUTHER T. MUNFORD (MSB#3653)



OF COUNSEL:

BUTLER SNOW LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, Mississippi 39157
Telephone:  (601) 948-5711
Facsimile:   (601) 985-4500
E-mail: luther.munford@butlersnow.com

**CERTIFICATE OF SERVICE**

I, Luther T. Munford, one of the attorneys for the Defendants, do hereby certify that I have electronically filed this Notice of Appearance Form with the Clerk of Court using the CM/ECF system, and will also send notification of such filing to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, MS  39520

*Pro Se* **Plaintiff**

THIS, 9th day of April, 2015.

                                          s/ Luther T. Munford
                                          LUTHER T. MUNFORD

25463695v1