RETURN

1:15CV113KS-RHW

IN THE CIRCUIT COURT OF HANCOCK COUNTY MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 20 2015
ARTHUR JOHNSTON
BY_____ DEPUTY

DOUGLAS HANDSHOE                                    PLAINTIFF

VERSUS                                              CIVIL ACTION NUMBER

                                                    15-0072

TORSTAR CORPORATION (DBA
TORONTO STAR NEWSPAPERS LTD.)                       DEFENDANTS
PETER EDWARDS

## SUMMONS

### THE STATE OF MISSISSIPPI

TO:  Torstar Corporation                Peter Edwards
     Attn: Marie E. Beyette              The Toronto Star
     One Yonge Street                    One Yonge Street
     Toronto, Ontario, Canada            Toronto, Ontario, Canada
     M5E 1E6                             M5E 1E6

NOTICE TO DEFENDANT(S)

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand deliver a copy of a written response to the Complaint to Douglas Handshoe, whose post office address is 214 Corinth Drive, Bay St Louis, MS 39520 and whose street address is 214 Corinth Drive, Bay St Louis, MS 39520. Your response must be mailed or delivered within (30) days from the date of delivery of this summons and complaint or a judgment by default will be entered against you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time afterward.

Issued under my hand and the seal of said Court, this 23th day of February, 2015.

_____
Clerk of Hancock County, Mississippi

by _____

(Seal)

## PROOF OF SERVICE--SUMMONS
(Process Server)

Torstar Corporation
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below (process server must check proper space and provide all additional information that is requested and pertinent to the mode of service used):

____FIRST CLASS MAIL AND ACKNOWLEDGEMENT SERVICE. By mailing (by first class mail, postage prepaid), on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgement and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgement of receipt pursuant to M.R.C.P. Form 1B).

____PERSONAL SERVICE. I personally delivered copies to _____ on the ____ day of _____, 2015, where I found said person in Parish of Jefferson of the State of Louisiana.

____RESIDENCE SERVICE. After exercising reasonable diligence I was unable to deliver copies to said person within _____ county, (state). I served the summons and complaint on the ____ day of _____, 2015, at the usual place of abode of said person by leaving a true copy of the summons and complaint with who is the _____ (here insert wife, husband, son, daughter or other person as the case may be), a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the ____ day of _____, 2015, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

__✓__CERTIFIED MAIL SERVICE. By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or the return envelope marked "Refused.")

At the time of service I was at least 18 years of age and not a party to this action.

Fee for service: $ 38.55

Process server must list below: [Please print or type]
Name: Henry Ward
Address: 2308 Arnold St Waveland, MS 39576
Telephone No. 228-716-2217

State of Mississippi
County of Hancock

Personally appeared before me the undersigned authority in and for the state and county aforesaid, the within named who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
Process Server Signature

Sworn to and subscribed before me this the __16th__ day of __April__ 2015.

_____
Notary Public

My Commission Expires_____

(Seal)

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 52390, BRIAN H. BROOKS, Commission Expires May 10, 2018, HANCOCK COUNTY]

English    Customer Service    USPS Mobile                                               Register / Sign In



# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** RE185383694US

## Product & Tracking Information

**Postal Product:**                          **Extra Svc:**
First-Class Package International Service    Registered Mail™    Return Receipt

## Available Actions

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 16, 2015 , 8:36 am | Delivered | CANADA |

Your item was delivered in CANADA at 8:36 am on March 16, 2015.

| | | |
|---|---|---|
| March 16, 2015 , 6:07 am | Arrival at Post Office | CANADA |
| March 11, 2015 , 8:05 am | Processed Through Sort Facility | CANADA |
| March 11, 2015 , 8:05 am | Customs Clearance | CANADA |
| March 6, 2015 , 7:58 am | Processed Through Sort Facility | ISC NEW YORK NY(USPS) |
| March 6, 2015 , 7:51 am | Arrived at Sort Facility | ISC NEW YORK NY(USPS) |
| March 1, 2015 , 2:32 am | Departed USPS Facility | MEMPHIS, TN 38101 |
| March 1, 2015 , 2:23 am | Arrived at USPS Facility | MEMPHIS, TN 38101 |
| February 28, 2015 , 3:05 pm | Arrived at Unit | MEMPHIS, TN 38101 |
| February 28, 2015 , 5:01 am | Departed USPS Facility | JACKSON, MS 39201 |
| February 28, 2015 , 2:34 am | Arrived at USPS Facility | JACKSON, MS 39201 |
| February 27, 2015 , 10:59 pm | Departed USPS Facility | GULFPORT, MS 39503 |
| February 27, 2015 , 10:56 pm | Arrived at USPS Facility | GULFPORT, MS 39503 |
| February 26, 2015 , 4:30 pm | Departed Post Office | BAY SAINT LOUIS, MS 39520 |
| February 26, 2015 , 3:44 pm | Acceptance | BAY SAINT LOUIS, MS 39520 |

## Track Another Package

Tracking (or receipt) number

**Track It**

| HELPFUL LINKS | ON ABOUT.USPS.COM | OTHER USPS SITES | LEGAL INFORMATION |
|---|---|---|---|
| Contact Us | About USPS Home | Business Customer Gateway | Privacy Policy |
| Site Index | Newsroom | Postal Inspectors | Terms of Use |
| FAQs | USPS Service Updates | Inspector General | FOIA |
| | Forms & Publications | Postal Explorer | No FEAR Act EEO Data |
| | Government Services | National Postal Museum | |
| | Careers | Resources for Developers | |

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number 


