IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                                  PLAINTIFF

VS.                                                            CIVIL ACTION NO. 1:15-cv-00113-KS-RHW

TORSTAR CORPORATION (DBA
TORONTO STAR NEWSPAPERS LTD.)
PETER EDWARDS                                                                                  DEFENDANTS

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
## TORSTAR CORPORATION

The Defendant Torstar Corporation makes the following corporate disclosure statement in accordance with Rule 7.1 of the Federal Rules of Civil Procedures:

Defendant Torstar Corporation is a publicly traded company listed on the Toronto Stock Exchange. Defendant Torstar Corporation states that it does not have any parent corporation and that no publicly-traded corporation owns 10% or more of its voting stock. With respect to Torstar Corporation's non-voting stock, the following companies have publicly filed early warning reports indicating that they have had holdings of 10% or more of Torstar Corporation's non-voting stock at some point over the past 15 years: Fairfax Financial Holdings Limited, Mackenzie Financial Corporation, AIM Funds Management Inc., Morgan Stanley Investment Management Inc., and Trimark Investment Management Inc.

Respectfully submitted, this 12th day of June, 2015.

DEFENDANT TORSTAR CORPORATION

By: *s/Robert C. Galloway*
 ROBERT C. GALLOWAY, MSB #4388
 LUTHER T. MUNFORD, MSB #3653
 META C. DANZEY, MSB #103251

THEIR ATTORNEYS

OF COUNSEL:

BUTLER SNOW LLP
1300 Twenty-Fifth Avenue, Suite 204 (39501)
Post Office Drawer 4248
Gulfport, Mississippi  39502
Telephone:  (228) 864-1170
Facsimile:   (228) 868-1531
E-mail: bob.galloway@butlersnow.com
E-mail: meta.danzey@butlersnow.com

BUTLER SNOW LLP
1020 Highland Colony Parkway, Ste. 1400
Ridgeland, Mississippi 39157
Telephone:  (601) 948-5711
Facsimile:   (601) 985-4500
E-mail: luther.munford@butlersnow.com

## **CERTIFICATE OF SERVICE**

I, Robert C. Galloway, one of the attorneys for the Defendant, hereby certify that I have this date electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following counsel for record:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, MS  39520

*Pro Se* **Plaintiff**

So certified, this 12th day of June, 2015.

        *s/ Robert C. Galloway*
        ROBERT C. GALLOWAY

ButlerSnow 26344895v1