IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                  **PLAINTIFF**

**V.**                                                   **CIVIL ACTION NO. 1:15cv113-KS-RHW**

**TORSTAR CORPORATION (DBA
TORONTO STAR NEWSPAPERS LTD.)
PETER EDWARDS**                                                 **DEFENDANTS**

## ORDER

On June 26, 2015, Defendants ("Movants") filed their Motion to Dismiss [10]. Pursuant to Local Uniform Civil Rule 7(b)(4), Plaintiff ("Respondent") is required to file a response and memorandum brief within fourteen (14) days after service of Movants' motion. Pursuant to Federal Rule of Civil Procedure 6(a), the last day of the aforementioned time period is to be included unless it is a Saturday, Sunday, or legal holiday. Further, Federal Rule of Civil Procedure 6(d) provides the Respondent with an additional three (3) days for the filing of the response. In accordance with the preceding Rules, the Court fixes the date certain for the response as on or before **July 13, 2015.**

Pursuant to Local Uniform Civil Rule 7(b)(4), if Movants desire to submit a rebuttal memorandum, they may do so within seven (7) days after service of the Respondent's memorandum brief in response. In accordance with Local Uniform Civil Rule 7(b)(4) and Federal Rule of Civil Procedure 6, the Court fixes the date certain for the rebuttal as on or before **July 23, 2015.**

If either the Respondent or Movants wish to extend the time allotted for filing the response or rebuttal, the applicable party shall file a motion for additional time prior to the expiration of the date certain fixed by the Court.

Pursuant to Local Uniform Civil Rule 7(b)(5), Movants' original and rebuttal memoranda together shall not exceed a combined total of thirty-five (35) pages, and Respondent's memorandum brief shall not exceed thirty-five (35) pages. If either the Respondent or Movants wish to exceed the number of pages for briefing available, the applicable party shall file a motion for additional pages before submitting excessive briefing.

SO ORDERED AND ADJUDGED this the 1st day of July, 2015.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE