# Douglas Handshoe

| | |
|---|---|
| **From:** | Peter Edwards via LinkedIn <member@linkedin.com> |
| **Sent:** | 07/14/2014 11:57 AM |
| **To:** | Douglas Handshoe |
| **Subject:** | Douglas, please add me to your LinkedIn network |
| **Flag Status:** | Flagged |

