## Douglas K. Handshoe

| | |
|---|---|
| **From:** | Doug Handshoe <earning04@gmail.com> |
| **Sent:** | Tuesday, July 15, 2014 7:51 AM |
| **To:** | Edwards, Peter (pedwards@thestar.ca) |
| **Cc:** | btruitt@truittlaw.com; Connie Montgomery |
| **Subject:** | LinkedIn |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Mr. Edwards:

Considering it is a virtual certainty you and the Star will be sued in Mississippi over that false and misleading article you wrote, I do not think it is a good idea we connect on LinkedIn.

Doug
Doug Handshoe
Slabbed New Media LLC
Post Office Box 788
Wiggins, MS 39577-0788
Phone: (228) 284-0004
Fax: (601) 928-5129
www.slabbed.org

1