IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                    PLAINTIFF

v.                                                          CIVIL ACTION NO. 1:15-CV-113-KS-RHW

TORSTAR CORPORATION (DBA
TORONTO STAR NEWSPAPERS LTD.)
PETER EDWARDS                                                                    DEFENDANTS

## FINAL JUDGMENT

For the reasons stated in the court's previous Memorandum Opinion and Order and in accordance with Federal Rule of Civil Procedure 58, the Court enters this Final Judgment in favor of Defendants Torstar Corporation and Peter Edwards. Plaintiff's claims are dismissed without prejudice and this case is closed.

SO ORDERED AND ADJUDGED this the 4th day of December, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE